UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

SHANNON ARNOLD,

    Plaintiff,

vs.

Case No.: _____

ROADHOUSE OF ORMOND INC.
d/b/a CODY'S OF STUART,

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF REMOVAL**

Defendant, Roadhouse of Ormond Inc. d/b/a Cody's of Stuart ("Cody's"), pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and Local Rule 3.1, removes this action from the Circuit Court of the Nineteenth Judicial Circuit, in and for Martin County, State of Florida, to the United States District Court, Southern District of Florida, Ft. Pierce Division, and as grounds states:

On or about March 15, 2017, Plaintiff commenced an action against Defendant in the Circuit Court of the Nineteenth Judicial Circuit, in and for Martin County, State of Florida, Case No. 17-302-CA. A copy of all process, pleadings, and other papers on file with the State Court action is attached as Exhibit "A." No further proceedings have occurred in the State Court.

Plaintiff alleges multiple claims for alleged unpaid wages under state law (the Florida Minimum Wage Act, §448.110 et seq.), which expressly incorporates the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 213 and 214. Further, Plaintiff's claims expressly reference and rely upon the FLSA, a federal law, throughout her Complaint (at least ten (10) times) in her supportive allegations.

Notably, in the "prayer for relief" Plaintiff affirmatively seeks, *inter alia*, relief under federal law and a judgment determining "that Defendant willfully violated the overtime provisions of the FLSA." *See* Complaint, Prayer for Relief. Thus, this Court has jurisdiction over this action based on a federal question having been raised. 28 U.S.C. § 1331.

Defendant Cody's first ascertained that the instant action was removable on or after March 21, 2017, the date Defendant was first formally served with the Complaint. Defendant is filing this Notice of Removal within thirty (30) days after its first receipt of Plaintiffs' initial pleading and therefore, is timely.

Written notice of the filing of the Notice of Removal will be given to the adverse party as required by law. Further, a true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Circuit Court of the Nineteenth Judicial Circuit, in and for Martin County, Florida.

WHEREFORE, Defendant respectfully submits this Notice of Removal to remove this action from the Circuit Court of the Nineteenth Judicial Circuit, in and for Martin County, State of Florida, to the United States District Court, Southern District of Florida, Ft. Pierce Division.

Dated this 20th day of April, 2017.

Respectfully submitted,

/s/ Cynthia Brennan Ryan
Cynthia Brennan Ryan, Esq.
Florida Bar No. 0986003
**Ryan Law, P.A.**
870 Clark Street, Suite 1000
Oviedo, FL 32765
Tel: 407-359-0403
Fax: 407-359-0416
cryan@ryan-law.com

Lead Trial Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20, 2017, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system, and sent via electronic delivery to attorney for Plaintiff: Molina Arena-Randall, Esq., Cohen Grossman, Attorneys at Law, 350 N. Lake Destiny Road, Maitland, FL 32751, mrandall@itsaboutjustice.law.

/s/ Cynthia Brennan Ryan
CYNTHIA BRENNAN RYAN, ESQ.